# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JOSE GERMAN SANTOS | : No. 66 EM 2024 |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| ATTORNEY GENERAL OF THE UNITED STATES | : |
| | : |
| | : |
| PETITION OF: UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of January, 2025, the Petition for Certification of Question of Law is DENIED.  *See* Pa.R.A.P. 3341(c) ("The Supreme Court shall not accept certification unless . . . the question of law is one that the petitioning court has not previously decided.").

Justice Wecht files a dissenting statement in which Chief Justice Todd joins.